UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EMOND DUREA LOGAN,

    Defendant.

No. 1:09-CR-245

Hon. Robert J, Jonker
United States District Judge

[Request for Oral Argument]

## MOTION FOR SUBSTITUTION OF COUNSEL;

## REQUEST FOR ORAL ARGUMENT

Defendant, Emond Durea Logan, by and through his attorney, Richard E. Zambon, moves this Court to substitute Leo James Terrell and Moniqua L. Banks in as counsel in this matter for the following reasons:

1. Defendant Emond Durea Logan is currently represented by Richard E. Zambon. The final pretrial conference in the above referenced case is currently scheduled for March 1, 2010 at 3:30 p.m. Jury selection and trial in the above referenced case is scheduled for March 9, 2010 at 8:30 a.m.

2. Defendant Emond Durea Logan's relationship with Richard E. Zambon has broken down. Defendant does not trust his current Attorney Richard E. Zambon and believes that he is working with the government and not for his defense. Therefore, Defendant no longer wishes to be represented by Richard E. Zambon. Defendant requested the assistance of Attorney Leo James Terrell and his law firm to defend him in his current case, United States of America v. Emond Durea Logan. Defendant was able to procure the means to retain Attorney Leo James Terrell and

1

his law firm. Attorney Leo James Terrell has represented Emond Durea Logan in a previous unrelated case. Defendant trusts Attorney Leo James Terrell and has open communication with him and his staff. Defendant's family also knows and trusts Attorney Terrell, which will be of great assistance in developing a defense for Defendant's case. Attorney Richard E. Zambon has notified Attorney Leo James Terrell over the telephone and through written correspondence that Defendant Emond Durea Logan will not discuss the aspects of his defense with him.

3. This substitution of counsel will not disrupt the process of this case. Attorney Leo James Terrell intends to file several motions on Defendant's behalf including a challenge to venue in the Western District of Michigan, the sufficiency of the warrants, the search and seizure of Defendant's home.

4. Attorney Richard E. Zambon has agreed to the substitution of counsel and has signed a consent order granting substitution of counsel which is attached to this pleading.

For the foregoing reasons, Defendant, Emond Durea Logan requests that this Court appoint Attorney Leo James Terrell and Moniqua L. Banks to represent him.

                                      Respectfully submitted,

Date: February 4, 2010

/s/ Leo J. Terrell
LEO J. TERRELL
Attorney for Defendant Emond Durea Logan
Law Offices of Leo James Terrell
8383 Wilshire Boulevard, Suite 920
Beverly Hills, CA 90211
(323) 655-6909

Date: February 4, 2010

/s/ Moniqua L. Banks
MONIQUA L. BANKS
Attorney for Defendant Emond Durea Logan
Law Offices of Leo James Terrell
8383 Wilshire Boulevard, Suite 920
Beverly Hills, CA 90211
(323) 655-6909

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EMOND DUREA LOGAN,

    Defendant.

No. 1:09-CR-245

Hon. Robert J, Jonker
United States District Judge

[Request for Oral Argument]

## BRIEF IN SUPPORT OF MOTION FOR SUBSTITUTION OF COUNSEL; REQUEST FOR ORAL ARGUMENT

Defendant, Emond Durea Logan, by and through his new attorneys, Leo James Terrell and Moniqua L. Banks, Law Offices of Leo James Terrell 8383 Wilshire Boulevard, Suite 920 Beverly Hills, CA 90211, (323) 655-6909 hereby presents the following brief in support of his motion for substitution of counsel pursuant to the Sixth Amendment to the United States Constitution.

Attorneys Leo James Terrell and Moniqua L. Banks apologize to this Court for the delay in submission of this Motion for Substitution of Counsel and supporting brief. Attorney Leo James Terrell and his staff have been working arduously to prepare pre-trial motions and conduct legal research to prepare a strong defense for Defendant's case. Attorney Leo James Terrell intends to file motions to challenge venue in the Western District of Michigan, the sufficiency of the warrants, and the legality of the search and seizure of Defendant's home. Out of deference to this Court we have abstained from the filing of these motions until the time of our substitution.

The Sixth Amendment to the United States Constitution provides, in relevant part, that

1

"In all criminal prosecutions, the accused shall enjoy the right to...have the Assistance of Counsel for his defence.[sic]" U.S. CONST. amend VI. "The right to choose one's own counsel is an essential component of the Sixth Amendment, because were a defendant not provided the opportunity to select his own counsel at his own expense, substantial risk would arise that the basic trust between counsel and client, which is a cornerstone of the adversary system, would be undercut." Linton v. Pernini 656 F.2d 207, 209 (6th Cir. 1981).

Here, Defendant Emond Durea Logan (hereinafter referred to as "Defendant") and his current attorney, Richard E. Zambon (hereinafter referred to as "Mr. Zambon") are undergoing a strained relationship. Defendant lacks both confidence and trust in his current attorney Mr. Zambon. The Western District of Michigan is a foreign place to Defendant as his family and friends reside in California. Mr. Zambon has practiced in Grand Rapids, Michigan for years and over time has developed a relationship with Brian Lennon, the Assistant United States Attorney representing the United States of America in the above referenced case. The relationship between Brian Lennon and Mr. Zambon is evident to Defendant and has caused him to have a deep sense of mistrust and lack of confidence in Mr. Zambon. It is this mistrust and lack of confidence which prevents Defendant from cooperating with Mr. Zambon in providing a defense for his case.

While Defendant mistrusts and refuses to cooperate with Mr. Zambon, he has shown great cooperation and willingness to retain Mr. Leo James Terrell. Mr. Terrell is a California attorney who has known Defendant and his family for years. Defendant has retained Mr. Terrell in the past for an unrelated previous case. Defendant and Mr. Terrell have an established rapport and trust in one another. Since the time of the execution of the search warrants for Defendant's California home, Defendant, Defendant's brother, Defendant's wife and Defendant's father have

2

had numerous communications with Mr. Terrell and his staff. Defendant was able to procure the means to retain Mr. Terrell and he has expressed his desire to substitute his current attorney for Mr. Terrell and his staff. Mr. Terrell agreed to represent Defendant in the above referenced action and has taken steps to adequately prepare for Defendant's trial.

Mr. Terrell and his associate attorney Moniqua L. Banks have applied for and been admitted to the Western District of Michigan. Mr. Zambon was instrumental in Mr. Terrell and Ms. Banks' application for admission to the Western District of Michigan, as he signed the applications as their sponsoring attorney and submitted the applications to the Clerk's Office via hand-delivery.

Moreover, Mr. Terrell and his staff have conducted research on the counts that Defendant has been charged with. In addition to this research, Mr. Terrell and his staff have contemplated pre-trial motions and defenses for Defendant's case. In addition to being admitted to the Western District and conducting legal research, Mr. Terrell and his staff have interviewed Defendant's family members and potential witnesses to further build Defendant's defense. Additionally, Mr. Terrell and Ms. Banks talk to Defendant on a weekly basis and update him on the status of their research and impressions of his case. Furthermore, Mr. Terrell visited Defendant in October of 2009 to discuss his case and he also met with Mr. Zambon and Assistant U.S. Attorney Brian Lennon.

Defendant, Mr. Zambon and Mr. Terrell are all in agreement that Mr. Terrell and his law firm should be substituted in to represent Defendant. Attached as Exhibit 1 is a true and correct copy of a Consent Order Granting Substitution of Attorney for Leo J. Terrell and Moniqua Banks signed by Defendant, Mr. Zambon, Mr. Terrell and Ms. Banks respectively.

WHEREFORE, Defendant Emond Durea Logan respectfully requests that this Court appoint Attorney Leo James Terrell and Moniqua L. Banks to represent him.

Respectfully submitted,

Date: February 4, 2010

/s/ Leo J. Terrell
LEO J. TERRELL
Attorney for Defendant Emond Durea Logan
Law Offices of Leo James Terrell
8383 Wilshire Boulevard, Suite 920
Beverly Hills, CA 90211
(323) 655-6909

Date: February 4, 2010

/s/ Moniqua L. Banks
MONIQUA L. BANKS
Attorney for Defendant Emond Durea Logan
Law Offices of Leo James Terrell
8383 Wilshire Boulevard, Suite 920
Beverly Hills, CA 90211
(323) 655-6909

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EMOND DUREA LOGAN,

Defendant.

No. 1:09-CR-245

Hon. Robert J, Jonker
United States District Judge

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by this Court, EMOND DUREA LOGAN substitutes LEO JAMES TERRELL, California State Bar No. 149693 as counsel of record in place of RICHARD E. ZAMBON.

Contact information for new counsel is as follows:

Firm Name: LAW OFFICES OF LEO JAMES TERRELL

Address: 8383 Wilshire Blvd., Suite 920, Beverly Hills, CA 90211

Telephone: (323) 655-6909    Facsimile: (323) 655-5104

Email: CIVIL1975@aol.com

I consent to the above substitution.
Date: 1-26-10

_____
Signature of Emond Logan

I consent to being substituted.
Date: 1-26-10

_____
Signature of Richard E. Zambon

I consent to the above substitution.
Date: January 25, 2010

/s/ Leo J. Terrell
Signature of Leo J. Terrell

The substitution of attorney is hereby approved and so ORDERED

Date:_____

_____
Hon. Robert J. Jonker

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EMOND DUREA LOGAN,

    Defendant.

No. 1:09-CR-245

Hon. Robert J, Jonker
United States District Judge

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by this Court, EMOND DUREA LOGAN substitutes MONIQUA L. BANKS, California State Bar No. 259122 as counsel of record in place of RICHARD E. ZAMBON.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | LAW OFFICES OF LEO JAMES TERRELL |
| Address: | 8383 Wilshire Blvd., Suite 920, Beverly Hills, CA 90211 |
| Telephone: | (323) 655-6909    Facsimile: (323) 655-5104 |
| Email: | CIVIL1975@aol.com |

I consent to the above substitution.
Date: 1-26-10

(Signature of Emond Logan)

I consent to being substituted.
Date: 1-26-10

Signature of Richard E. Zambon

I consent to the above substitution.
Date: January 25, 2010

/s/ Moniqua L. Banks
Signature of Moniqua L. Banks

The substitution of attorney is hereby approved and so ORDERED

Date:_____

_____
Hon. Robert J. Jonker