UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

No. 1:09-CR-245

vs.

Hon. Robert J, Jonker
United States District Judge

EMOND DUREA LOGAN,

    Defendant.

## REPLY TO COURT'S CONCERNS REGARDING DELAY IN ATTORNEY LEO TERRELL'S ENTRY INTO THE ABOVE REFERENCED CASE

Attorney Leo James Terrell, Leo James Terrell Law Offices of Leo James Terrell 8383 Wilshire Boulevard, Suite 920 Beverly Hills, CA 90211, (323) 655-6909 hereby presents the following response to this Court's concerns regarding his entry into the above referenced case.

### Timing of Attorney Leo Terrell's entry into the above referenced case

This Court has made reference to the lapse of time between the retention of Mr. Terrell's law firm and Mr. Terrell's actual entry into the above referenced case.

Since the time Mr. Terrell was approached to be retained for this case, he has worked on developing a defensive team not only in Los Angeles but in Michigan as well. Mr. Terrell and his staff have also spent a considerable amount of time researching the charges that have been brought against Defendant. Due to the seriousness of the charges and the potential sentence that Defendant may face, Mr. Terrell wanted to ensure that he had the resources and knowledge that he needed to competently represent Defendant. At this time Mr. Terrell is still conducting diligent research on applicable case law, statutes and local rules in order to defend Defendant.

In addition to conducting legal research, Mr. Terrell and his associate applied for admission to the Western District of Michigan.

1

Due to the seriousness of the charges Defendant is facing, Mr. Terrell will be asking this court for more time in order to adequately prepare for trial. Defendant Emond Durea Logan waives his right to a speedy trial out of deference of his right and desire for effective assistance of counsel.

### No Bias Exists because a Third-Party provided the funds for Mr. Terrell's Retainer Fee

This Court addressed a concern that it had regarding the retainer that was paid to Mr. Terrell and its source. Mr. Terrell is the attorney for Defendant Emond Durea Logan. Defendant's father, provided the funds to retain Mr. Terrell. However, Defendant, Mr. Terrell and Defendant's father all understand that the attorney client relationship exists between Emond Durea Logan and Leo James Terrell solely. All duties that are to be honored by the attorney-client relationship are fulfilled by Mr. Terrell and no unfairness or bias against Defendant has been shown solely because a third-party provided the funds to hire Mr. Terrell.

### No Multiple Party Conflict of Interest Exists

Furthermore Mr. Terrell's representation of any third parties is unrelated to the case of United States of America v. Emond Durea Logan. Mr. Terrell was retained by Martel Logan, the brother of Defendant, solely for a collateral matter, to seek forfeiture of Martel Logan's seized property. Mr. Terrell's representation of Martel Logan is separate and appart from the charges that are against Emond Durea Logan.

                              Respectfully submitted,

Date: February 16, 2010       /s/ Leo J. Terrell
                                      LEO J. TERRELL
                                      Attorney for Defendant Emond Durea Logan
                                      Law Offices of Leo James Terrell
                                      8383 Wilshire Boulevard, Suite 920
                                      Beverly Hills, CA 90211
                                      (323) 655-6909